USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/24/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAFA YAFIT RAN,

                     Plaintiffs,

-v-

MOUNT SINAI WEST MEDICAL CENTER, *et ano.*,

                     Defendants.

**ORDER OF SERVICE**

25-CV-2235 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     Plaintiff Yafa Yafit Ran, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants Mount Sinai West Medical Center and Nir Ziv, MD.

     Plaintiff is directed to serve the complaint and applicable summons on each Defendant within 90 days of the issuance of the summonses. Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint being filed, Fed. R. Civ. P. 4(m), the summons in this case was not issued when Plaintiff filed the complaint because she had not paid the filing fee, *see* Dkt. No. 3. The Court therefore extends the deadline for service until 90 days after the date the summons is issued. *See* Fed. R. Civ. P. 6(b)(1)(A). If within those 90 days Plaintiff has not served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(a)(2)(B).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: April 24, 2025
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge