UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/28/2025

YAFA YAFIT RAN,

                    Plaintiff,

        -v-

MOUNT SINAI WEST MEDICAL CENTER, *et ano*,

                 Defendants.

**ORDER**

25-CV-2235 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     Plaintiff filed her Complaint on March 14, 2025.  ECF No. 1.  Plaintiff filed proof of service on August 6, 2025.  ECF Nos. 10–11.  On August 11, 2025, the Court found the service described at ECF Nos. 10–11 insufficient under the Federal Rules of Civil Procedure and New York State law and directed Plaintiff to show completion of proper service by September 12, 2025.  ECF No. 14.

     On August 18, Plaintiff filed a letter contending that her service by mail was proper.  ECF No. 15.  The service she describes is not valid service of an individual under CPLR 308(2) or of a corporation under CLPR 311.  However, that same day, Plaintiff filed a new proof of service upon Defendant Mount Sinai West Medical Center on August 8, 2025.  ECF No. 16.  Assuming that the individual identified in Plaintiff's proof of service is authorized to accept service on behalf of Mount Sinai West Medical Center and that this Defendant is a corporation, Mt. Sinai's answer is due August 29, 2025.  *Id.*  Plaintiff did not file a new proof of service for the

1

individual Defendant, Nir Ziv, and must do so by the September 12, 2025 deadline

set previously.  *See* ECF No. 14.

The Clerk of Court is respectfully directed to mail a copy of this order to

Plaintiff.

**SO ORDERED.**

Dated: August 28, 2025
New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge