```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAFA YAFIT RAN,

               Plaintiff,

    -v-

MOUNT SINAI WEST MEDICAL CENTER, *et ano*,

               Defendants.

**ORDER**

25-CV-2235 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated October 21, 2025, the Court ordered Plaintiff to provide a different, more reliable address to receive filings or consent to electronic service by November 4, 2025. ECF No. 27. To date, Plaintiff has not responded to the Court's Order. The Court grants a *sua sponte* extension to **November 27, 2025** for Plaintiff to respond. Plaintiff is warned that if she does not provide a reliable address for service, she will not be heard to complain about delays in her receipt of filings, as she did in ECF No. 26. Plaintiff is also reminded that her response to the motion to dismiss is due by **November 20, 2025**. *See* ECF No. 27.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

                                             Henry J. Ricardo
                                             United States Magistrate Judge