UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAFA YAFIT RAN,

                                    Plaintiff,

                    -v-

MOUNT SINAI WEST MEDICAL CENTER,

                                    Defendant.

---

25 Civ. 2235 (PAE) (HJR)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 26, 2025, defendant Mount Sinai West Medical Center ("Mount Sinai")

moved to dismiss the Complaint.  Dkt. 22.  On November 20, 2025, plaintiff Yafa Yafit Ran

filed the Amended Complaint.  Dkt. 30.  On December 3, 2025, Judge Ricardo granted Mount

Sinai leave to file a second motion to dismiss that responds to the Amended Complaint.  Dkt. 32.

Accordingly, Mount Sinai's first motion to dismiss is denied as moot.  The Clerk of

Court is respectfully directed to terminate the motion pending at docket 22.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 5, 2025
       New York, New York