UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/2/2026_

YAFA YAFIT RAN,

     Plaintiff,

  -v-

MOUNT SINAI WEST MEDICAL CENTER,

     Defendant.

**ORDER**

25-CV-2235 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 13, 2026, Defendant St. Luke's-Roosevelt Hospital Center filed a motion to dismiss Plaintiff's Amended Complaint. ECF No. 35. Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's opposition to the motion to dismiss was due on January 27, 2026. To date, no opposition brief has been filed. The Court *sua sponte* extends the deadline for Plaintiff to file an opposition brief to **February 9, 2026.**

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: February 2, 2026
   New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1