UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026
```

YAFA YAFIT RAN,

                    Plaintiff,                    **ORDER**

          -v-                                     25-CV-2235 (PAE) (HJR)

MOUNT SINAI WEST MEDICAL CENTER,

                    Defendant.

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 13, 2026, Defendant St. Luke's-Roosevelt Hospital Center filed a motion to dismiss Plaintiff's Amended Complaint. ECF No. 35. Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's opposition to the motion to dismiss was due on January 27, 2026. As Plaintiff did not file an opposition brief by January 27, 2026, the undersigned extended the deadline to February 9, 2026. ECF No. 39. To date, Plaintiff has not filed an opposition brief. Therefore, the motion is considered fully briefed and will be decided based on the filings made to date.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: February 17, 2026
       New York, New York

                                        _____
                                        Henry J. Ricardo
                                        United States Magistrate Judge