UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2026

YAFA YAFIT RAN,

                    Plaintiff,

        -v-

MOUNT SINAI WEST MEDICAL CENTER,

                    Defendant.

**ORDER**

25-CV-2235 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to seal, ECF No. 41 (the "Motion to Seal"), Plaintiff's brief in opposition to Defendant St. Luke's-Roosevelt Hospital Center s/h/a Mount Sinai West Medical Center's ("Defendant") motion to dismiss, ECF No. 42 ("Plaintiff's Opposition"), and Defendant's letter motion requesting an extension of time to respond to Plaintiff's Opposition, ECF No. 43 ("Defendant's Letter Motion").

Given Plaintiff's *pro se* status and this Court's strong preference for resolving cases on the merits, the undersigned will consider Plaintiff's Opposition and Motion to Seal despite the untimely filing. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 174 (2d Cir. 2001) (noting in the context of vacating a default judgment "[a] clear preference exists for cases to be adjudicated on the merits." (citations omitted)); *Hill v. Curcione*, 657 F.3d 116, 122 (2d Cir. 2011) (explaining that *pro se* plaintiffs are treated with special solicitude). This order therefore supersedes the Court's February 17, 2026 order at ECF No. 40.

1

Further, Defendant's Letter Motion at ECF No. 43 is **GRANTED IN PART AND DENIED IN PART**. In accordance with Rule II(G)(4) of the undersigned's Individual Rules and Practices for Civil Cases, Plaintiff shall email to RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel, a copy of the documents she seeks to seal by **March 2, 2026**. Defendant shall respond to the Motion to Seal by **March 13, 2026**. Defendant shall file reply papers for its motion to dismiss by **March 23, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant and to terminate Defendant's Letter Motion at ECF No. 43.

**SO ORDERED.**

Dated: February 20, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge