UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAFA YAFIT RAN,

                              Plaintiff,

                -v-

MOUNT SINAI WEST MEDICAL CENTER,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2026

**ORDER**

25-CV-2235 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's February 20, 2026 order, ECF No. 44, Plaintiff was directed to submit via email a copy of the documents she seeks to seal that are referenced in her February 17, 2026 motion to seal, ECF No. 41 ("Plaintiff's Sealing Motion"), by March 2, 2026. To date, the undersigned has not received these documents from Plaintiff. Due to Plaintiff's non-compliance with the Court's order, Plaintiff's Sealing Motion is **DENIED** and the undersigned will consider only those documents filed on the public docket in connection with Plaintiff's opposition to Defendant's motion to dismiss, ECF No. 42. Defendant's deadline to file reply papers for its motion to dismiss remains **March 23, 2026**.

The Clerk of Court is respectfully directed to terminate Plaintiff's Sealing Motion at ECF No. 41 as **DENIED** and to mail a copy of this order to the *pro se* litigant.

1

**SO ORDERED.**

Dated: March 5, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge