**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X

YAFAY AFIT RAN,

Plaintiff,

25 **CIVIL** 2235 (PAE) (HJR)

-against-

# **JUDGMENT**

MOUNT SINAI WEST MEDICAL CENTER,

Defendant.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2026, the Court adopts the Report & Recommendation in its entirety. Accordingly, Defendant's motion to dismiss is GRANTED and the case is closed.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** ______________________________
**Deputy Clerk**