UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

yofa yafit Ran

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

amount Sinai

(List the full name(s) of the defendant(s)/respondent(s).)

25 CV 2235 ( )( )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 25/9/26 (date) but did not file a notice of appeal within the required time period because:

I need to finish the appEAL Complitly, the time not enough, and I Come to u.s n.y sity special for that. I need 60 days mor. thanks.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

16/10/26
Dated:

Signature

yofa yafit Ran
Name (Last, First, MI)

Kfar saba | israel
Address | City | State | Zip Code

+972523168497
Telephone Number

yofa2027Ran @ yahoo.com
E-mail Address (if available)

GRANTED IN PART. The deadline to file an appeal is hereby extended 30 days to November 25, 2026 in accordance with Federal Rule of Civil Procedure 4(a)(5). No further extensions.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 19, 2026
New York, New York